JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| RICARDO MARTINEZ, | ) | No. CV 09-00933-VAP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGPETH, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: February 23, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE